**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 37 WAL 2019

             Respondent         :

                            :   Petition for Allowance of Appeal from

                            :   the Order of the Superior Court

          v.                   :

                            :

ERIN NICOLE EVERETT,         :

                            :

             Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.